IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 17CR1037 RB |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 371: Conspiracy; |
| ) | |
| YI LEE, a.k.a. "Frankie," ) | Counts 2: 8 U.S.C. § 1325(c): Marriage |
| CHIA-JUNG CHANG, a.k.a "Chris," ) | Fraud; 18 U.S.C. § 2: Aiding and |
| DAN ZHENG, a.k.a "Sasa," ) | Abetting. |
| SANTIAGO AVELES, ) | |
| LIAN XIANG DENG, a.k.a. "Amy," and ) | |
| XIAO-YAN LE, a.k.a. "Tiffany," ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

From on or about June 6, 2016, and continuing to on or about March 29, 2017, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, YI LEE, CHIA-JUNG CHANG, DAN ZHENG, SANTIAGO AVELES, LIAN XIANG DENG, and XIAO-YAN LE, knowingly, unlawfully and willfully combined, conspired, confederated, agreed, and acted interdependently with each other and with others known and unknown to the Grand Jury to commit marriage fraud, contrary to 8 U.S.C. § 1325(c).

### Manner and Means

As part of a conspiracy to procure immigration status for foreign nationals through fraudulent means, **YI LEE** and **CHIA-JUNG CHANG** utilized United States citizens, including **SANTIAGO AVELES**, to enter into fraudulent marriages with foreign nationals, including **DAN ZHENG, LIAN XIANG DENG, XIAO-YAN LE**, and **CHIA-JUNG CHANG**, in return for financial gain.

## Overt Acts

In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the District of New Mexico, and elsewhere:

### Overt Act 1

On June 16, 2016, **SANTIAGO AVELES** and **DAN ZHENG** entered into a marriage at the Hotel Encanto de Las Cruces located at 705 S. Telshor Blvd, Las Cruces, NM 88011.

### Overt Act 2

On July 26, 2016, **YI LEE** spoke with an undercover agent (UCA1) to arrange a meeting between **CHIA-JUNG CHANG**, **LIAN XIANG DENG**, and UCA1 at Massage Asia located at 3850 Foothills Rd #2, Las Cruces, NM 88011.

### Overt Act 3

On July 28, 2016, UCA1 met **CHIA-JUNG CHANG** at Massage Asia, and **CHIA-JUNG CHANG** introduced **LIAN XIANG DENG** to UCA1 as the woman UCA1 would be marrying.

### Overt Act 4

On July 28, 2016, during the meeting between UCA1, **CHIA-JUNG CHANG**, and **LIAN XIANG DENG** at Massage Asia, **LIAN XIANG DENG** asked UCA1 the following question: "Frankie [meaning YI LEE]. You . . . ah. You . . . how much? Marry with me?"

### Overt Act 5

In August 2016, **YI LEE** sent the following text messages to another undercover agent (UCA2): "needs 26-29 years girl" and "help me look around n pay you commission."

### Overt Act 6

On October 17, 2016, **YI LEE** sent several text messages to UCA1 in quick succession

that stated among other things: "$25,000"; "10,000down [sic]"; "5000 working permit"; and "5000 permannat [sic] green card"; "Be firm . . . to our deal"; and "If she won't accept we have another backup."

### Overt Act 7

On November 30, 2016, **YI LEE** called UCA1 and instructed him to pick up **LIAN XIANG DENG** on December 2, 2016, so that the two could obtain a marriage license together.

### Overt Act 8

On December 2, 2016, after **LIAN XIANG DENG** and UCA1 obtained a marriage license at the Doña Ana County Government Center located at 845 N. Motel Blvd, Las Cruces, NM 88007, **LIAN XIANG DENG** paid UCA1 $5,000 in cash.

### Overt Act 9

On December 14, 2016, **LIAN XIANG DENG** and UCA1 entered into a purported marriage at the Hotel Encanto de Las Cruces located at 705 S. Telshor Blvd, Las Cruces, NM 88011.

### Overt Act 10

On January 28, 2017, **YI LEE** asked a different undercover agent (UCA4) whether he was interested in being paid to get married.

### Overt Act 11

On February 2, 2017, with **YI LEE** translating for **DAN ZHENG**, **SANTIAGO AVELES** and **DAN ZHENG** participated in an interview with United States Citizenship and Immigration Services as part of **DAN ZHENG**'s application for a lawful immigration status based on marriage.

Overt Act 12

On February 16, 2017, **YI LEE** met UCA4 at the Sunland Park Mall Food Court located at 750 Sunland Park Drive in El Paso, Texas, where **YI LEE** introduced UCA4 to **XIAO-YAN LE**, told UCA4 that UCA4 would receive $5,000 after a marriage license is signed, $5,000 after **XIAO-YAN LE** obtained a work permit, $5,000 after the immigration interview, and $5,000 after the **XIAO-YAN LE** received her "green card" and further told UCA4 that he knew the questions that would be asked of **XIAO-YAN LE** and UCA4 at the immigration interview.

Overt Act 13

On or about February 24, 2017, **YI LEE** and **CHIA-JUNG CHANG** met with a different undercover agent (UCA3) at the Kaps Coffee Shop & Diner located at 5801 Central Avenue NE in Albuquerque, New Mexico where **YI LEE** told UCA3 that **CHIA-JUNG CHANG**'s lawful immigration status in the United States had lapsed, that **CHIA-JUNG CHANG** needed to obtain a marriage license to regain lawful status, and that **YI LEE** would pay UCA3 $5,000 after UCA3 and **CHIA-JUNG CHANG** applied for a marriage license.

Overt Act 14

On March 9, 2017, after **YI LEE**, **XIAO-YAN LE**, and UCA4 went to the Doña Ana County Government Center where **XIAO-YAN LE** and UCA4 obtained a marriage license and **YI LEE** paid the $25 marriage license fee, **YI LEE** handed UCA4 $3,000 once they were inside of **YI LEE**'s vehicle.

Overt Act 15

On March 29, 2017, **SANTIAGO AVELES** met with United States Citizenship and Immigration Services at 2210 Bex Street, Apartment 2, Las Cruces, NM 88005 as part of **DAN ZHENG**'s application for immigration status based on marriage and represented that he and

4

DAN ZHENG lived at the apartment.

In violation of 18 U.S.C. § 371.

### Count 2

On or about June 16, 2016, in Doña Ana County, in the District of New Mexico, the defendants, **SANTIAGO AVELES** and **DAN ZHENG**, did knowingly and unlawfully enter into marriage for the purpose of evading a provision of the immigration laws of the United States and acted with knowledge that their conduct was unlawful.

In violation of 8 U.S.C. § 1325(c) and 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
04/18/17 4:14PM